1  MICHAEL E. ADAMS (SBN: 47278)
   LAW OFFICES OF MICHAEL E. ADAMS
2  702 Marshall Street, Suite 300
   Redwood City, CA 94063
3  Telephone: (650) 599-9463
   Fax:       (650) 599-9785
4
   Attorney for Plaintiff
5  ELIZABETH ALEXANDER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH ALEXANDER,<br><br>   Plaintiff,<br><br>   v.<br><br><br>NATIONWIDE RETIREMENT SOLUTIONS,<br><br>   Defendant.<br>_____ | Case No.  4:09-cv-01677-CW<br><br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR CONDUCT OF MEDIATION** |

   The parties hereto, by and through their respective undersigned attorneys, hereby stipulate, subject to approval of the court, to extend from November 6, 2009 to February 12, 2010, the deadline for conducting a mediation herein.  The purpose of this extension is to permit the conduct of initial discovery prior to the mediation, and to accommodate the schedules of counsel and the parties.

DATED: October 8, 2009                    DATED: October 8, 2009


*/s/ Michael E. Adams*                    */s/ Theodora R. Lee*
_____           _____
MICHAEL E. ADAMS                          THEODORA R. LEE
Attorney for Plaintiff                    Attorney for Defendant
ELIZABETH ALEXANDER                       NATIONWIDE RETIREMENT SOLUTIONS

LAW OFFICES OF
MICHAEL E. ADAMS
702 MARSHALL ST., #300
REDWOOD CITY CA 94063
(650) 599-9463

1

Stipulation and Order to Extend Time for Conduct of Mediation

# ORDER

The parties so stipulating and good cause appearing,

IT IS HEREBY ORDERED that the deadline for conducting a mediation herein is extended from November 6, 2009 to February 12, 2010..

DATED: October 15, 2009

*[signature]*

_____
HON. CLAUDIA WILKEN
U.S. DISTRICT COURT JUDGE

LAW OFFICES OF
MICHAEL E. ADAMS
702 MARSHALL ST., #300
REDWOOD CITY CA 94063
(650) 599-9463

2

Stipulation and Order to Extend Time for Conduct of Mediation