1  THEODORA R. LEE, Bar No. 129892
   RACHELLE L. WILLS, Bar No. 257471
2  LITTLER MENDELSON
   A Professional Corporation
3  650 California Street
   20th Floor
4  San Francisco, CA  94108.2693
   Telephone:   415.433.1940
5
   Attorneys for Defendant
6  NATIONWIDE LIFE INSURANCE COMPANY

7

8  MICHAEL E. ADAMS, Bar No. 47278
   LAW OFFICES OF MICHAEL E. ADAMS
   702 Marshall St., Ste. 300
9  Redwood City, CA 94063
   Telephone:   415.433.1940
10
   Attorneys for Plaintiff
11 ELIZABETH ALEXANDER

12

13

14
                            UNITED STATES DISTRICT COURT
15
                           NORTHERN DISTRICT OF CALIFORNIA
16
                                     OAKLAND DIVISION
17

18 | ELIZABETH ALEXANDER, | Case No.  C-09-01677 CW |
   |---|---|
   | Plaintiff, | **STIPULATION AND ORDER EXTENDING TIME FOR EXPERT DISCOVERY AND DISCLOSURE OF F.R.C.P. 26(a)(2)(B) REPORT BY DEFENDANT'S REBUTTAL EXPERT WITNESS** |
   | v. | |
   | NATIONWIDE LIFE INSURANCE COMPANY, DOES 1 through 50, inclusive, | |
   | | Assigned Judge:  Hon. Claudia Wilken |
   | Defendant. | Trial Date:   January 10, 2011 |

24         IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through

25 their respective counsel, as follows:

26         1.      The Court's August 17, 2009 Order established June 25, 2010, as the deadline

27 for completion of expert witness discovery.

28

---

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIP. AND [PROPOSED] ORDER RE: EXPERT
DISCOVERY DEADLINES                                    (Case No.  C-09-01677 CW)

1      2.      The trial in this matter is scheduled to begin on January 10, 2011.

2      3.      Defendant Nationwide Life Insurance Company filed its Motion for Summary Judgment on June 17, 2010, which is scheduled to be heard by this Court on June 22, 2010.

4.      In response to Plaintiff's April 20, 2010 discovery requests, Defendant provided Plaintiff with additional information regarding Plaintiff's compensation on May 20, 2010.

5.      Pursuant to Federal Rule of Civil Procedure 26(a)(2)(C)(ii), the date upon which Defendant is required to disclose its rebuttal expert witness report is June 24, 2010.

6.      Defendant's counsel, Theodora R. Lee, has a trial and scheduled business trips during the month of August 2010.

7.      Because Defendant's motion for summary judgment requesting dismissal of Plaintiff's Complaint is scheduled to be heard on July 22, 2010, because Plaintiff desires additional time for her expert to examine the additional compensation records produced by Defendant in May 2010, and because of Ms. Lee's August 2010 work schedule, the parties wish to extend the deadline for expert discovery until October 15, 2010.

8.      Because Defendant has not yet had the opportunity to depose Plaintiff's expert witness, the parties agree that the deadline for service of the Rule 26(a)(2)(B) written report by Defendant's rebuttal expert should be extended to 10 days following the date upon which Defendant conducts the deposition of Plaintiff's expert witness.

9.      No prior extension of time to disclose expert reports or extend expert discovery has been requested or granted.

10.      The parties request that the deadline for expert discovery be extended until October 15, 2010.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIP. AND [PROPOSED] ORDER RE: EXPERT DISCOVERY DEADLINES   2.   (Case No. C-09-01677 CW)

11.     The parties further request that the deadline for the service of the Rule 26(a)(2)(B) written report by Defendant's rebuttal expert be extended to 10 days following the date upon which Defendant conducts the deposition of Plaintiff's expert witness.

Dated: June 23, 2010
/s/ Theodora R. Lee
THEODORA R. LEE
LITTLER MENDELSON, P.C.
Attorneys for Defendant
NATIONWIDE LIFE INSURANCE COMPANY

Dated: June 23, 2010
/s/ Michael E. Adams
MICHAEL E. ADAMS
LAW OFFICES OF MICHAEL E. ADAMS
Attorneys for PLAINTIFF
ELIZABETH ALEXANDER

Filer's Attestation:

I, Theodora R. Lee, am the ECF user whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR EXPERT DISCOVERY AND DISCLOSURE OF F.R.C.P. 26(a)(2)(B) REPORT BY DEFENDANT'S REBUTTAL EXPERT WITNESS. In compliance with General Order 45.X.B, I hereby attest that Michael E. Adams concurs in this filing.

By:    /s/ Theodora R. Lee
       THEODORA R. LEE

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIP. AND [PROPOSED] ORDER RE: EXPERT DISCOVERY DEADLINES    3.    (Case No. C-09-01677 CW)

# ORDER

1. The deadline for completion of expert discovery is extended to October 15, 2010.

2. The deadline for the service of the Rule 26(a)(2)(B) written report by Defendant's rebuttal expert witness is extended to 10 days following the date upon which Defendant conducts the deposition of Plaintiff's expert witness.

**IT IS SO ORDERED.**

Dated this 24th day of June, 2010

_____
THE HONORABLE CLAUDIA WILKEN

Firmwide:96056615.1 050511.1047

STIP. AND [PROPOSED] ORDER RE: EXPERT DISCOVERY DEADLINES        4.        (Case No. C-09-01677 CW)

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940