MICHAEL E. ADAMS (SBN: 47278)
LAW OFFICES OF MICHAEL E. ADAMS
702 Marshall Street, Suite 300
Redwood City, CA 94063
Telephone: (650) 599-9463
Fax:         (650) 599-9785

Attorney for Plaintiff
ELIZABETH ALEXANDER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH ALEXANDER,<br><br>            Plaintiff,<br><br>       v.<br><br>NATIONWIDE RETIREMENT SOLUTIONS,<br><br>            Defendant.<br>_____ | Case No.  4:09-cv-01677-CW<br><br>**STIPULATION TO MODIFY BRIEFING AND HEARING SCHEDULE ON MOTION FOR SUMMARY JUDGMENT OR SUMMARY ADJUDICATION; ORDER (AS MODIFIED)** |

The parties hereto, by and through their respective undersigned counsel, hereby stipulate, subject to court approval, to modify as follows the briefing and hearing schedule on Defendant's pending motion for summary judgment or summary adjudication: to continue the hearing date from July 22 to August 5, 2010, and then follow the standard briefing schedule based on the new hearing date, so that Plaintiff's opposition papers will be due by July 15, and Defendant's reply papers will be due by July 22.  The reason for this stipulation is that preparation of Plaintiff's opposition papers (including anticipated declarations by Plaintiff and her husband) was interrupted yesterday by Plaintiff suddenly having to travel to Southern California to be with her husband, who was recently

LAW OFFICES OF
MICHAEL E. ADAMS
702 MARSHALL ST., #300
REDWOOD CITY CA 94063
(650) 599-9463

1

Stipulation to Modify Hearing Schedule on Motion for Summary Judgement or Summary Adjudication; Order (AS MODIFIED)

hospitalized there for a serious medical condition, in that his medical condition yesterday deteriorated significantly.

DATED: June 30, 2010                                         DATED: June 30, 2010

*s/ Michael E. Adams*                                         *s/ Theodora R. Lee*

_____          _____
MICHAEL E. ADAMS                                       THEODORA R. LEE
Attorney for Plaintiff                                        Attorney for Defendant
ELIZABETH ALEXANDER                            NATIONWIDE RETIREMENT
                                                                        SOLUTIONS

/ / /

LAW OFFICES OF
MICHAEL E. ADAMS
702 MARSHALL ST., #300
REDWOOD CITY CA 94063
(650) 599-9463

2

Stipulation to Modify Hearing Schedule on Motion for Summary Judgement or Summary Adjudication; Order (AS MODIFIED)

# ORDER (AS MODIFIED)

The parties so stipulating and good cause appearing,

IT IS HEREBY ORDERED as follows:

1. The hearing dates for Defendant's pending motion for summary judgment or summary adjudication and Further Case Management Conference are continued from July 22, 2010 to August 5, 2010.

2. Plaintiff's opposition papers are now due by July 15, 2010.

3. Defendant's reply papers are now due by July 22, 2010.

DATED: July 1, 2010

_____
HON. CLAUDIA WILKEN
U.S. DISTRICT COURT JUDGE

LAW OFFICES OF
MICHAEL E. ADAMS
702 MARSHALL ST., #300
REDWOOD CITY CA 94063
(650) 599-9463

3

Stipulation to Modify Hearing Schedule on Motion for Summary Judgement or Summary Adjudication; Order (AS MODIFIED)