1  THEODORA R. LEE, Bar No. 129892
   RACHELLE L. WILLS, Bar No. 257471
2  LITTLER MENDELSON
   A Professional Corporation
3  650 California Street
   20th Floor
4  San Francisco, CA  94108.2693
   Telephone:    415.433.1940
5
   Attorneys for Defendant
6  NATIONWIDE LIFE INSURANCE COMPANY

7

8  MICHAEL E. ADAMS, Bar No. 47278
   LAW OFFICES OF MICHAEL E. ADAMS
   702 Marshall St., Ste. 300
9  Redwood City, CA 94063
   Telephone:    415.433.1940
10
   Attorneys for Plaintiff
11 ELIZABETH ALEXANDER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ELIZABETH ALEXANDER, | Case No.  C-09-01677 CW |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING TIME FOR EXCHANGE OF DOCUMENTS AND MEET AND CONFER DEADLINES** |
| v. | |
| NATIONWIDE LIFE INSURANCE COMPANY, DOES 1 through 50, inclusive, | Assigned Judge:  Hon. Claudia Wilken |
| | Trial Date:   January 10, 2011 |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their respective counsel, as follows:

1.    In light of the mediation on December 1, 2010, the parties have agreed to extend the date for the exchange of Voir Dire, Jury Instructions, Verdict Forms, Motions in Limine

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIP. AND [PROPOSED] ORDER EXTENDING
TIME FOR EXCHANGE OF DOCUMENTS                    (Case No. C-09-01677 CW)

and Exhibit Lists.

  2. Accordingly, the parties will exchange Voir Dire, Jury Instructions, Verdict Forms, Motions in Limine and Exhibit Lists on **December 3, 2010** instead of November 23, 2010.

  3. The meet and confer session regarding the preparation of the Joint Pretrial Conference Statement and submittal of the foregoing documents will be held on **December 6, 2010** instead of November 30, 2010.

Dated: November 16, 2010  */s/ Theodora R. Lee*
            THEODORA R. LEE
            LITTLER MENDELSON, P.C.
            Attorneys for Defendant
            NATIONWIDE LIFE INSURANCE COMPANY

Dated: November 16, 2010  */s/ Michael E. Adams*
            MICHAEL E. ADAMS
            LAW OFFICES OF MICHAEL E. ADAMS
            Attorneys for PLAINTIFF
            ELIZABETH ALEXANDER

Filer's Attestation:

  I, Theodora R. Lee, am the ECF user whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR EXCHANGE OF DOCUMENTS AND MEET AND CONFER DEADLINES. In compliance with General Order 45.X.B, I hereby attest that Michael E. Adams concurs in this filing.

           By: */s/ Theodora R. Lee*
              THEODORA R. LEE

---

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIP. AND [~~PROPOSED~~] ORDER EXTENDING TIME FOR EXCHANGE OF DOCUMENTS  2.  (Case No. C-09-01677 CW)

# ORDER

1. The deadline for the exchange date for Voir Dire, Jury Instructions, Verdict Forms, Motions in Limine and Exhibits will be extended to **December 3, 2010**

2. The deadline for the meet and confer session regarding the preparation of the Joint Pretrial Conference Statement and submittal of the foregoing documents will be **December 6, 2010. The remaining dates are unchanged.**

**IT IS SO ORDERED.**

Dated this **18th** day of **November**, 2010

_____
THE HONORABLE CLAUDIA WILKEN

Firmwide:98685339.1 050511.1047

STIP. AND [PROPOSED] ORDER EXTENDING TIME FOR EXCHANGE OF DOCUMENTS    3.    (Case No. C-09-01677 CW)

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940