1  MICHAEL E. ADAMS (SBN: 47278)
   LAW OFFICES OF MICHAEL E. ADAMS
2  702 Marshall Street, Suite 300
   Redwood City, CA 94063
3  Telephone: (650) 599-9463
   Fax:        (650) 599-9785
4
   Attorney for Plaintiff
5  ELIZABETH ALEXANDER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH ALEXANDER,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONWIDE RETIREMENT SOLUTIONS,<br><br>    Defendant. | Case No.  4:09-cv-01677-CW<br><br>**STIPULATION OF DISMISSAL** |

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), the parties hereto, by and through their respective undersigned counsel, hereby stipulate to dismissal with prejudice of the above-captioned matter in its entirety, with each party bearing its own fees and costs.

DATED: December 2, 2010                    DATED: December 2, 2010

s/ Michael E. Adams                        s/ Theodora R. Lee
_____             _____
MICHAEL E. ADAMS                           THEODORA R. LEE
Attorney for Plaintiff                     Attorney for Defendant
ELIZABETH ALEXANDER                        NATIONWIDE RETIREMENT SOLUTIONS

IT IS SO ORDERED
/s/ Claudia Wilken
Judge Claudia Wilken

LAW OFFICES OF
MICHAEL E. ADAMS
702 MARSHALL ST., #300
REDWOOD CITY CA 94063
(650) 599-9463

Stipulation of Dismissal                            1